UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CAMBRIA COMPANY LLC,

        Plaintiff,

        v.

HIRSCH GLASS CORP.,
d/b/a/ SPECTRUM QUARTZ,

        Defendant.

Civil Action No. 21-10092 (MAS) (JBD)

**ORDER**

This matter comes before the Court on Hirsch Glass Corporation d/b/a Spectrum Quartz's ("Hirsch") Appeal of Magistrate Judge Day's Memorandum Orders dated August 31, 2023 ("August Order") (ECF No. *128) and September 8, 2023 ("September Order") (ECF No. *131). (ECF Nos. 135, 136.) Plaintiff Cambria Company LLC ("Cambria) filed separate oppositions to both appeals, (ECF Nos. 138, 139), and Hirsch replied (ECF Nos. 141, 142). The Court has carefully considered the parties' submissions and decides the matter without oral argument under Local Civil Rule 78.1. For the reasons set forth in the Court's accompanying Memorandum Opinion,

    **IT IS** on this <u>1st</u> day of April 2024, **ORDERED** as follows:

1. Hirsch's Appeal of Magistrate Judge Decision (ECF No. 135) is **DENIED**.

2. Hirsch's Appeal of Magistrate Judge Decision (ECF No. 136) is **DENIED**.

3. Within thirty days of the date of this Order, Hirsch shall submit, *ex parte*, the materials outlined in the September Order (Sept. Order 26-27) to Magistrate Judge Day for *in camera* review. Contemporaneous with its *ex parte* submission, Hirsch shall file e-file correspondence with a notice of its submission.

4. The parties shall, no later than Monday, <u>April 8, 2024</u>, file a motion to seal that complies with Local Civil Rule 5.3(c). Should neither party file a motion to seal, the Court will lift the seal on the Memorandum Opinion.

5. The Clerk of Court shall terminate ECF Nos. 135 and 136.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE