UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAMBRIA COMPANY LLC, | Honorable Michael A. Shipp, U.S.D.J. |
| Plaintiff, | Civil No. 21 CV 10092 (MAS)(JBD) |
| v. | |
| HIRSCH GLASS CORP., d/b/a SPECTRUM QUARTZ | |
| Defendant. | |

## NOTICE

On April 1, 2024, the Court denied (D.I. 159) Defendant Hirsch Glass Corp.'s Appeals of Magistrate Judge Decisions (D.I. 135, 136). That order directed Hirsch "to submit, *ex parte*, the materials outlined in the September Order (Sept. Order 26-27) to Magistrate Judge Day for *in camera* review. Contemporaneous with its *ex parte* submission, Hirsch shall e-file correspondence with a notice of its submission."

Further to this Order, Hirsch submits this notice that the materials outlined in the September Order at pp. 26-27 (D.I. 131) were previously submitted to Magistrate Judge Day on October 6, 2023. *See* Notice filed at D.I. 140.

1

Dated: May 1, 2024

        HARNESS, DICKEY & PIERCE, PLC

        By:<u>/s/ Erik Dykema</u>
        Glenn E. Forbis
        HARNESS, DICKEY & PIERCE, PLC
        5445 Corporate Drive
        Troy, MI  48098

        Douglas A. Robinson
        HARNESS, DICKEY & PIERCE, PLC
        7700 Bonhomme Avenue, Suite 400
        St. Louis, MO 63105

        Erik Dykema
        KONING ZOLLAR LLP
        169 Saxony Road, Suite 115
        Encinitas, CA 92024
        T: 858-252-3218 / F: 858-252-3238

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served electronically via the ECF filing system on the following counsel of record, May 1, 2024.

    James S. Richter jrichter@midlige-richter.com
    MIDLIGE RICHTER, LLC
    645 Martinsville Road
    Basking Ridge, New Jersey 07920

    Eimeric Reig-Plessis EReigPlessis@winston.com>
    WINSTON & STRAWN LLP
    275 Middlefield Road, Suite 205
    Menlo Park, California  94025

    David P. Dalke DDalke@winston.com
    WINSTON & STRAWN LLP
    333 South Grand Avenue, 38th Floor
    Los Angeles, California  90071-1543

    William M. Logan wlogan@winston.com
    WINSTON & STRAWN LLP
    800 Capitol Street, Suite 2400,
    Houston, Texas 77002

                                                            /s/ Erik Dykema

63382419.1